## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Victor Diaz-Rosado, being first duly sworn, do hereby depose and state:

## BACKGROUND

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since June 2022. I am currently assigned to the FBI's San Juan Division, and I am part of the Violent Crimes and Major Offenders Task Force. As a TFO, I have received training in a wide variety of investigative topics to include topics in violent crimes and various other matters within the authority of the FBI.

2. I am a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

3. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause for certain violations of law. Therefore, I have not included all of the facts of this investigation.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that **Julian Garcia Cabrera** (hereinafter, GARCIA CABRERA) violated **18 U.S.C. § 2119 (Carjacking) and 18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a firearm during and in relation to a crime of violence)**.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5. On August 6, 2025, the affiant spoke with Police of Puerto Rico (PRPD) agent José Gonzalez Pérez (hereinafter, Gonzalez Pérez) assigned to the Robbery Division of the Criminal Investigations Corps of San Juan.

6. On August 6, 2025, agent Gonzalez Perez, along with other officers from PRPD obtained and executed a search warrant at the residence of GARCIA CABRERA. The search warrant was executed at GARCIA CABRERA's residence, Comunidad Villa Justicia in the Carolina sector of Puerto Rico. During the search of GARCIA CABRERA's residence, PRPD agents discovered one motorcycle that was reported stolen in a carjacking. The stolen motorcycle encountered was a grey 2024 Veloce motorbike, model Tank, bearing Puerto Rico license plate 322548M (hereinafter, Tank motorbike).

7. Agent Gonzalez Perez stated that the Tank motorbike carjacking was on Las Palmas Avenue in front of the Puerta de la Bahía Condominium at or about 8:15 pm on July 29, 2025. Agent Gonzalez Perez stated that based on his investigation, two individuals dressed in black with faces covered used intimidation and threats to steal a Veloce motorbike from a male victim. One of the individuals carried a firearm during the execution of the carjacking. The Veloce motorbike is a 2024 gray model Tank, bearing Puerto Rico license plate 322548M (hereinafter, Tank motorbike).

8. On August 6, 2025, in an interview with agent Gonzalez Perez, GARCIA CABRERA confessed to executing the carjacking of the Tank motorbike on July 29, 2025.

9. On August 6, 2025, GARCIA CABRERA was interviewed by FBI TFOs. During the interview, GARCIA CABRERA stated that on Wednesday, July 30, 2025, at or about 9:45 pm, GARCIA CABRERA, was riding with another individual on a motorbike through San

Juan. They arrived at a location near a Marcos Pizza restaurant where he observed a parked 2021 Veloce motorcycle, model VR10, grey in color, bearing Puerto Rico license plate 307007M (hereinafter, VR10 motorbike). GARCIA CABRERA also observed a woman standing next to VR10 motorbike. GARCIA CABRERA dismounted from his motorcycle, approached the woman, showed her a firearm he had in his waistband, then demanded that she give him the keys to the VR10 motorbike. The woman handed GARCIA CABRERA the keys, and GARCIA CABRERA departed the area on the VR10 motorbike.

10. In the interview with the FBI TFOs, GARCIA CABRERA admitted that the firearm used to execute the carjacking of the VR10 motorbike was a Smith and Wesson pistol, .40 caliber. GARCIA CABRERA went on to describe the pistol as black and gray, with a yellow and red grip. The grip had the text "Supreme" etched thereon.

11. GARCIA CABRERA consented to allowing the FBI TFOs to search his cellphone. GARCIA CABRERA's cellphone has a picture of the motorcycle that matches the description of the VR10 motorbike that was carjacked.

12. Based on my training and experience, I know that Veloce motorcycles are not manufactured in Puerto Rico; therefore, the Veloce motorcycles taken from the victims were transported or shipped through interstate or foreign commerce.

13. Based on my training and experience, I know that Smith and Weston firearms are not manufactured in Puerto Rico; therefore, the Smith and Weston firearm used to execute the carjacking was transported or shipped through interstate or foreign commerce.

14. Based on the facts set forth above, I respectfully submit that there exists probable cause to charge GARCIA CABRERA with violations of 18 U.S.C. § 2119 (Carjacking) and 18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a firearm during and in relation to a crime of violence).

_____
Victor Díaz-Rosado
Task Force Officer
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico on August __7__, 2025, at 1:11 PM.

_____
Marcos E. López
United States Magistrate Judge
District of Puerto Rico